IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JON DILLON,

      Petitioner,                    No. CIV S-09-2280 EFB P

   vs.

ROBERT ADAMS, Jr.,

      Respondent.             ORDER

_____/

      Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*.[1] *See* 28 U.S.C. § 1915(a).

      Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

      A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled

---

[1] *See* Dckt. No. 1 at 10-13. Accordingly, the court will vacate its November 4, 2009 order directing petitioner to pay the filing for or a submit an application to proceed *in forma pauperis*.

1

1 | thereto." 28 U.S.C. § 2243.  It is not apparent from the face of the application that the petitioner
2 | is not entitled to relief.

3 | Accordingly, it is hereby ordered that:

4 | 1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

5 | 2. Respondent shall file and serve either an answer or a motion in response to
6 | petitioner's application within 60 days from the date of this order.  *See* Rule 4, Fed. R.
7 | Governing § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other
8 | documents relevant to the determination of the issues presented in the application.  *See* Rules 4,
9 | 5, Fed. R. Governing § 2254 Cases.

10 | 3. Petitioner's reply, if any, shall be filed and served within 30 days of service of an
11 | answer.

12 | 4. If the response to petitioner's application is a motion, petitioner's opposition or
13 | statement of non-opposition shall be filed and served within 30 days of service of the motion,
14 | and respondents' reply, if any, shall be filed within 14 days thereafter.

15 | 5. The Clerk of the Court shall serve a copy of this order together with a copy of
16 | petitioner's August 4, 2009, petition for a writ of habeas corpus with any and all attachments on
17 | Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The Clerk
18 | of the Court also shall serve on the Senior Assistant Attorney General the consent form used in
19 | this court.

20 | 6. The court's November 4, 2009 order is vacated.

21 | Dated:  February 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE